IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **SANDRA PARR,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| vs. | § | CIVIL ACTION NO. 4:19-CV-00279-N |
| | § | |
| **DRAEGER, INC.,** | § | |
| | § | |
| **Defendant.** | § | |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

It is stipulated and agreed by the parties that this cause of action has been settled and compromised. Accordingly, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff Sandra Parr and Defendant Draeger, Inc. hereby stipulate to the dismissal with prejudice of Plaintiff's Complaint against Defendant, with each party to bear their own attorneys' fees and costs.

|  |  |
|---|---|
| Dated: April 27, 2020. | Respectfully submitted, |

*/s/ Celeste R. Yeager*
Celeste R. Yeager
Texas State Bar No. 00797715
Kathryn B. Blakey
Texas State Bar No. 24111394
LITTLER MENDELSON
A Professional Corporation
2001 Ross Avenue
Suite 1500, Lock Box 116
Dallas, TX  75201-2931
214.880.8100
214.880.0181 (Facsimile)
cyeager@littler.com
kblakey@littler.com

Kelcy L. Palmer (Of Counsel)
State Bar No. 24088099
Federal I.D. No. 2524981
LITTLER MENDELSON, P.C.
1301 McKinney Street, Suite 1900
Houston, TX  77010
713.951.9400
713.951.9212 (Facsimile)
kpalmer@littler.com

**ATTORNEYS FOR DEFENDANT DRAEGER, INC.**

By: */s/ Daryl J. Sinkule*
Daryl J. Sinkule
State Bar No. 24037502
Southern District ID No. 34842
KILGORE & KILGORE, PLLC
Kilgore Law Center
3109 Carlisle Street
Dallas, Texas 75204-1194
Telephone: (214) 969-9099
Facsimile: (214) 379-0843

**ATTORNEYS FOR PLAINTIFF SANDRA PARR**

**CERTIFICATE OF SERVICE**

      On April 27, 2020, I electronically submitted the foregoing document with the clerk of court for the U.S. District Court, Southern District of Texas, using the Case Management/Electronic Case Filing (CM/ECF) system of the Court.  The CM/ECF system sent a Notice of Electronic Filing to the following counsel of record, who has consented in writing to accept service of this document by electronic means:

Daryl J. Sinkule<br>
KILGORE & KILGORE, PLLC<br>
Kilgore Law Center<br>
3109 Carlisle Street<br>
Dallas, Texas 75204-1194<br>
djs@kilgorelaw.com

                                            */s/ Kelcy L. Palmer*
                                            Kelcy L. Palmer